# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RODRIGUEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>MIDLAND CREDIT MANAGEMENT,<br><br>   Defendant. | Case No.: 3:12-CV-1813-JM (BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Now before this court is the parties' Joint Motion for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a). The motion is hereby GRANTED, and Plaintiff's claims are dismissed with prejudice. All parties are to bear their own costs and attorneys' fees. The Clerk of Court is instructed to close this matter.

**IT IS SO ORDERED.**

Dated: October 15, 2012

*Jeffrey T. Miller*
Jeffrey T. Miller
United States District Judge

1

Order of Dismissal With Prejudice (11-CV-381-JM (RBB))